**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 21, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-14-00093-CV

## IN RE TRACEY BISHOP, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-55818**

## MEMORANDUM OPINION

On February 5, 2014, relator Tracey Bishop filed an amended petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the presiding judge of 311th District Court of Harris County to vacate multiple orders in a suit affecting the parent-child relationship. On April 9, 2014, this court abated this original

proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b) due to the resignation of the trial court judge who issued the challenged orders.

In our April 9, 2014 abatement order, we directed relator to advise this court of the status of the underlying litigation every thirty days from the date of the order until the respondent's successor had informed this court of the action taken upon reconsideration of the challenged orders. Relator did not file a status update with this court after June 9, 2014, and this court has not been informed of any action by respondent's successor on the challenged orders.

Therefore, on September 26, 2014, we ordered relator to file a letter with this court within 14 days explaining the status of the underlying litigation and the challenged orders, and whether relator intended to continue with her request for mandamus relief from this court. In that order, we stated that if relator failed to file the letter providing the status update required by the order, then this court would consider dismissal of this original proceeding on its own motion for want of prosecution.

Relator did not file the letter required by our September 26, 2014 order, and has not sought any extension of time. Accordingly, we dismiss relator's petition for writ of mandamus for want of prosecution.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise.